**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6525**

---

MAURICE VERSHAWN HOWARD, a/k/a Moe,

                                        Petitioner - Appellant,

        versus

RICKY STOWE; COMMONWEALTH OF VIRGINIA; RONALD
J. ANGELONE, Director, Virginia Department of
Corrections,

                                        Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-99-662-3)

---

Submitted:  June 15, 2000           Decided:  June 26, 2000

---

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Maurice VerShawn Howard, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Maurice VerShawn Howard appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Howard v. Stowe</u>, No. CA-99-662-3 (E.D. Va. Mar. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2